```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CARMAN WILLIAMS,

                Plaintiff,

                                        09 Civ. 9926 (DAB)
    -against-                          ORDER

RAYMOND KELLY, et al,

                Defendants.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    You are the Plaintiff in the above-captioned case, which has been assigned to this Court for all purposes.  All correspondence relating to this case should be directed to the Pro Se Office, U.S. Courthouse, 500 Pearl Street, New York, New York 10007-1312.  No correspondence shall be sent directly to the Court.

    You should review the Federal Rules of Civil Procedure.  In particular, Rule 4(m) requires that you serve the Complaint on the Defendant(s) and file proof of service with the Clerk of the Court within 120 days of the filing of the Complaint or write to the Court if you can demonstrate good cause for an extension before the expiration of the 120 days.  The Pro Se Office will answer any questions you may have about how to do this.  <u>If you do not comply with Rule 4(m), your case shall be dismissed without further notice.</u>

    While this action is pending, it is the responsibility of

the pro se Plaintiff immediately to inform the Court, through the Pro Se Office, of any changes of address.

SO ORDERED.

Dated:  New York, New York
        December 22, 2009

*Deborah A. Batts* (signature)
Deborah A. Batts
United States District Judge