```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Carman WILLIAMS,                    :

            Plaintiff,              :      ORDER

     -against-                      :      09 Civ. 9926 (DAB) (MHD)

Raymond KELLY et al.,               :

            Defendants.             :
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

5/24/10

A conference having been held with counsel for the respective parties today, it is hereby **ORDERED** as follows:

1. All fact discovery is to be completed by **THURSDAY, SEPTEMBER 30, 2010.**

2. Any potentially dispositive motion is to be filed and served by **MONDAY, NOVEMBER 1, 2010.**

3. The parties are to submit a joint pre-trial order by **MONDAY, NOVEMBER 15, 2010,** unless a potentially dispositive motion has been served.

Dated: New York, New York
       May 24, 2010

         SO ORDERED.


         _____
         MICHAEL H. DOLINGER
         UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today:

BY FACSIMILE TO:

Lisa Marie Richardson, Esq.
New York City Law Department
Fax: (212) 788-9776

AND BY MAIL TO:

Ms. Carman Williams
344 East 28th Street
Apt# 8G
New York, NY 10016